IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD EUGENE DERRY, JR., | 1:06-CV-0998 OWW WMW P |
| Plaintiff, | |
| vs. | ORDER REQUIRING PLAINTIFF TO EITHER PAY FILING FEE IN FULL OR SUBMIT REGULAR CIVIL IN FORMA PAUPERIS APPLICATION |
| RICHARD PIERCE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Harold Eugene Derry, Jr. ("plaintiff"), is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on August 1, 2006 and submitted a prisoner's application to proceed in forma pauperis. Plaintiff is not a prisoner within the meaning of the Prisoner Litigation Reform Act since he is civilly committed to Coalinga State Hospital pursuant to California Welfare and Institutions Code § 6600 et seq..

Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Accordingly, the court will send plaintiff an application to proceed in forma pauperis used in regular civil actions. Within thirty days, plaintiff must either pay the filing fee in full or file the regular application to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff an application to proceed in forma pauperis used in **regular civil actions**;

2. Within thirty (30) days from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file a regular civil application to proceed in forma pauperis; and

3. The failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   September 7, 2006**            **/s/  William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE