1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   HAROLD DERRY,

8          Plaintiff,                         CV F 06 0998 LJO WMW PC

9

10         vs.                                ORDER RE: FINDINGS &
                                              RECOMMENDATIONS (#13)
11

12   COALINGA STATE HOSPITAL, et al.,

13         Defendants.

14

15

16         Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

17   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

18   Rule 72-302.

19         On June 9, 2008, findings and recommendations were entered, recommending

20   dismissal of this action for failure to state a claim upon which relief can be granted.   Plaintiff

21   was provided an opportunity to file objections within twenty days.   Plaintiff has not filed

22   objections to the findings and recommendations.

23         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

24   73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   proper analysis.

                                                1

1    Accordingly, THE COURT HEREBY ORDERS that:

2        1.  The Findings and Recommendations issued by the Magistrate Judge on June 9,

3  2008, are adopted in full; and

4        2.  This action is dismissed for failure to state a claim upon which relief can be

5  granted.  The Clerk is directed to close this case.

6

7

8

9

10  IT IS SO ORDERED.

11  **Dated:    July 8, 2008**                                      **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26